# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:

KENNETH WARD, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

SEAWORLD PARKS & ENTERTAINMENT, INC.,
A Foreign Profit Corporation,
SEA WORLD OF FLORIDA, LLC.,
a Florida Limited Liability Company,

    Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTIFF

I, _____Kenneth Ward_____, consent to become the party plaintiff in the above-styled Lawsuit.

Date: _____05/03/2024_____

Signature: _____

Print: _____Kenneth Ward_____

The signed document can be validated at https://app.vinesign.com/Verify